Bradley P. Knypstra (State Bar No. 177901)
brad@khtriallawyers.com
Grant Hermes (State Bar No. 291822)
grant@khtriallawyers.com
Knypstra Hermes & Zermeno LLP
2731 ½ E Coast Hwy
Corona Del Mar, CA 92625
Tel: (949) 432-3802
Fax: (949) 432-3803

Attorneys for Plaintiff Joshua Ponder

# UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| JOSHUA PONDER, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>SEEGRID CORPORATION, a Delaware corporation; THE RAYMOND CORPORATION, a New York corporation, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No 5:20-cv-01565 JGB (SHKx)<br><br>[Lower Case No. RIC2001698]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  June 12, 2020<br>Trial Date:        October 26, 2021 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

1    IT IS SO STIPULATED.

2

3    Dated: July 9, 2021 by:                    Knypstra Hermes & Zermeno LLP

4

5                                               ____//s//  Grant Hermes _____

6                                               Grant Hermes,
                                                Attorney for Plaintiff
7

8    Dated: July 9, 2021 by:                    Armijo & Garcia

9

10                                              _____//s// Mark D. Shields _____

11                                              Mark D. Shields,
                                                Attorney for Defendant Seegrid
12                                              Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28