# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOSHUA PONDER, an individual<br><br>Plaintiff(s)<br><br>v.<br><br>SEEGRID CORPORATION, a Delaware corporation; THE RAYMOND CORPORATION, a New York corporation; and DOES 1 to 25<br><br>Defendant(s) | Case No. 5:20-cv-01565-JGB-SHK<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dates: August 17, 2021

*[signature]*

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE